THE STATE v. DILLON, *Appellant.*

Division Two, January 21, 1896.

Criminal Law : APPELLATE PRACTICE.   On failure of defendant to file his bill of exceptions within the time allowed him by the court, errors not contained in the record proper will not be reviewed.

*Appeal from Greene Criminal Court.*—HON. J. J. GIDEON, Judge.

AFFIRMED.

*R. F. Walker*, attorney general, for the state.

(1) The court can only examine the record proper in this case, for the reason that nothing else is preserved.   The record bears evidence that the trial, together with all other proceedings, was regular. (2)   The indictment is in the usual form, and clearly

charges the crime of which the defendant has been convicted. R. S. 1889, section 3537. (3) The punishment assessed is in accord with the statute, which provides that the imprisonment shall not exceed seven years.

GANTT, P. J.—The defendant was convicted of larceny of a gold watch of the value of $50 from the person of Charles Reiley in the nighttime, at the July term, 1895, of the criminal court of Greene county. The indictment was sufficient and all the proceedings regular. He was sentenced to four years' imprisonment. He was allowed sixty days from August 22, 1895, to file a bill of exceptions. The transcript was certified to this court on November 19, 1895, and discloses that defendant declined to avail himself of this privilege. It follows that as no error whatever can be found in the record proper the judgment must be and is accordingly affirmed. SHERWOOD and BURGESS, JJ., concur.